IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRINSBANK, a Minnesota        )
banking corporation,          )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        2:15cv64-MHT
                              )            (WO)
GLEN E. POWELL, an            )
individual; et al.,           )
                              )
     Defendants.              )
```

### ORDER CONFIRMING FORECLOSURE DEEDS

This matter comes before the court on the Motion for Confirmation of Foreclosure Deeds (doc. no. 39) (the "Motion") filed by Prinsbank, a Minnesota banking corporation ("Prinsbank"), in connection with Prinsbank's foreclosure of certain mortgages pursuant to this court's Judgment and Decree of Foreclosure entered in the above-styled action on November 23, 2015 (Doc. No. 37) (the "Judgment"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion. Based upon the grounds set forth in the Motion, due and proper

notice of the Motion having been given, and for other good cause shown, the court determines that the Motion is well taken and that the relief requested in the Motion is due to be granted.  Accordingly, it is ORDERED, ADJUDGED, AND DECREED as follows:

(1) The Motion and the relief requested in the Motion are granted.

(2) The foreclosure procedures and foreclosure sales described in the Motion were performed in accordance with the terms of the Judgment, the Foreclosed Mortgages and applicable law, and the Foreclosure Deeds attached to the Motion as Exhibit A are hereby approved and confirmed.

(3) Immediately upon entry of this order, Prinsbank shall be allowed to record the Foreclosure Deeds with the probate records of Covington County, Alabama, and the statutory right of redemption (for those parties entitled to exercise such right) shall expire one year therefrom.

(4) Prinsbank shall apply the credit bids on account of the foreclosures of the mortgages identified in subparagraphs 9(c), 9(f), and 9(h) of the Judgment to the indebtedness owing on account of the April 27 Note (including but not limited to Prinsbank's foreclosure expenses), and Prinsbank shall apply the credit bid on account of the foreclosure of the mortgage identified in subparagraph 9(d) of the Judgment to the indebtedness owing on account of the October 10 Note (including but not limited to Prinsbank's foreclosure expenses).

DONE, this the 12th day of August, 2016.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE